UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Zahid N. Quraishi |
| v. | Crim. No. 19-804 |
| RUFUS WILLIAMS | **REVISED PRETRIAL SCHEDULING ORDER** |

This matter having come before the Court following the Court setting a trial date of December 5, 2022; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Andrew B. Johns, Assistant United States Attorneys); and the defendant Rufus Williams, appearing *pro se*; and the Court having ordered jury selection to begin on the date above, with trial to immediately follow; and for good cause shown;

It is on this 26th day of July, 2022, ORDERED that:

1. The parties shall provide all expert disclosures on or before August 31, 2022.

2. The Government shall provide its pre-marked exhibits on or before September 16, 2022.

   a. The authenticity and chain of custody of the Government's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 3(c).

   b. If the Government discloses the scientific analysis of an exhibit that it proposes to introduce at trial and that analysis has been determined by an expert in the field of science involved, the scientific analysis

1

of the exhibit shall be deemed to have been accepted unless an objection is asserted in the form set forth in paragraph 3(c).

  c. If the defendant wishes to contest the authenticity, chain of custody, or scientific analysis of an exhibit, counsel for the defendant shall file, on or before September 30, 2022, a notice that the authenticity, chain of custody, and/or scientific analysis of the exhibit will be contested at trial together with a statement delineating why the authenticity, chain of custody, and/or scientific analysis of the exhibit is being challenged and a certification that the challenge is being made in good faith.

3. The defendant shall provide his pre-marked exhibits on or before October 14, 2022.

  a. The authenticity and chain of custody of the defendant's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 4(c).

  b. If the defendant discloses the scientific analysis of an exhibit that he or she proposes to introduce at trial and that analysis has been determined by an expert in the field of science involved, the scientific analysis of the exhibit shall be deemed to have been accepted unless an objection is asserted in the form set forth in paragraph 4(c).

  c. If the Government wishes to contest the authenticity, chain of custody, or scientific analysis of an exhibit, counsel for the Government shall file, on or before October 28, 2022, a notice that the authenticity, chain of custody, and/or scientific analysis of the exhibit will be contested at trial

2

together with a statement delineating why the authenticity, chain of custody, and/or scientific analysis of the exhibit is being challenged and a certification that the challenge is being made in good faith.

4. The Government shall provide all material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, on or before October 31, 2022, and shall, if it agrees to do so, provide any material to be provided under the Jencks Act, 18 U.S.C. §3500, on or before the same date.

5. The defendant, if he agrees to do so, shall produce all "reverse Jencks" that is required to be disclosed under Federal Rule of Criminal Procedure 26.2 on or before October 31, 2022.

6. The parties shall provide their witness lists on or before October 31, 2022.

7. If the Government intends to offer any Rule 404(b) evidence, the Government shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(3) on or before October 31, 2022.

8. If a defendant intends to offer any "reverse Rule 404(b)" evidence, the defendant shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(3) on or before October 31, 2022.

9. The parties shall file any *in limine* motions, addressed to the admissibility of evidence, on or before October 31, 2022; responses to such motions may be filed on or before November 11, 2022; replies, if any, may be filed on or before November 18, 2022; and oral argument on such motions shall be held on a date to be determined.

10. The parties shall file any *voir dire* requests on or before November 30, 2022.

11. The Government shall file any requests to charge on or before November 30, 2022.

12. The defendants shall file any requests to charge on or before November 30, 2022.

13. The Government shall submit a proposed verdict sheet on or before November 30, 2022.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE