UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**RUFUS WILLIAMS,**<br><br>Defendant. | Criminal No. 19-00804-5 (ZNQ)<br><br>**JUDGMENT OF ACQUITTAL** |

The Defendant was found not guilty as to Count 4 only.

IT IS FURTHER ORDERED that the Defendant is acquitted as to Count 4 only.

Dated: 1/30/23

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

1